ARABELLA D. HUNTINGTON et al., as Executors of COLLIS P. HUNTINGTON, Deceased, Appellants, *v.* JULES S. BACHE et al., Respondents, Impleaded with Others.

*Huntington* v. *Bache*, 108 App. Div. 355, affirmed.
(Submitted April 5, 1906; decided May 1, 1906.)

APPEAL from a judgment entered upon an order of the Appellate Division of the Supreme Court in the second judicial department, made October 20, 1905, which affirmed an order of Special Term modifying a judgment in an action for the foreclosure of a mortgage.

*John E. Parsons* for appellants.

*Edmond E. Wise* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ. Absent: O'BRIEN, J.